CLOSED,JURY,PATENT

# U.S. District Court
## Eastern District of Virginia – (Norfolk)
## CIVIL DOCKET FOR CASE #: 2:24–cv–00320–AWA–LRL

| | |
|---|---|
| SoundClear Technologies LLC v. Amazon.Com, Inc. et al | Date Filed: 05/01/2024 |
| Assigned to: District Judge Arenda L. Wright Allen | Date Terminated: 06/09/2026 |
| Referred to: Magistrate Judge Lawrence R. Leonard | Jury Demand: Both |
| Case in other court:  Alexandria Division, 1:24cv00728 | Nature of Suit: 830 Patent |
| Cause: 35:281 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **SoundClear Technologies LLC** | represented by | **Ramachandran Iyer** |

Daignault Iyer LLP
8229 Boone Blvd.
Suite450
Vienna, VA 22182
202–330–1666
Email: cbiyer@daignaultiyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Joseph Hatton**
Daignault Iyer LLP (VA–NA)
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
**NA**
(716) 868–5162
Email: jhatton@daignaultiyer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Sprenger**
Daignault Iyer LLP
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
703–712–1145
Email: ksprenger@daignaultiyer.com
*ATTORNEY TO BE NOTICED*

**Matthew Harkins**
Daignault Iyer LLP (VA–NA)
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
**NA**
(978) 424–6297
Email: mharkins@daignaultiyer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald Marc Daignault**
Daignault Iyer LLP (VA–NA)
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
**NA**
(917) 838–9795
Email: rdaignault@daignaultiyer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shailendra Maheshwari**
Daignault Iyer LLP (VA–NA)
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
**NA**
202–997–1925
Email: smaheshwari@daignaultiyer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Reynolds**
Daignault Iyer LLP (VA–NA)
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
**NA**
312–636–4674
Email: sreynolds@daignaultiyer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amazon.Com, Inc.**                            represented by   **Andrea Lynn Cheek**
Knobbe Martens Olson & Bear LLP
1717 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006
202–640–6400
Fax: 202–640–6401
Email: andrea.cheek@knobbe.com
*TERMINATED: 09/15/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Rueger Poynter**
Kaleo Legal
4456 Corporation Lane
Suite 135
Virginia Beach, VA 23462
757–679–3503
Email: wpoynter@kaleolegal.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Alan Grayson Laquer**
Knobbe Martens Olson & Bear LLP (CA–NA)
2040 Main St
14th Floor
Irvine, CA 92614
**NA**
949–760–0404
Fax: 949–760–9502
Email: alan.laquer@knobbe.com
*TERMINATED: 09/15/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexandra M. Gabriel**
Kaleo Legal
4456 Corporation Lane
Suite 135
Virginia Beach
Virginia Beach, VA 23462
757–231–5213
Fax: 757–655–1958
Email: agabriel@kaleolegal.com
*ATTORNEY TO BE NOTICED*

**Christie R.W. Matthaei**
Morgan, Lewis & Bockius LLP
1301 2nd Ave.
Ste 3000
Seattle, WA 98101
206–247–6400
Email: christie.matthaei@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Colin Heideman**
Morgan Lewis & Bockius LLP
1301 Second Ave
Suite 3000
Seattle, WA 98101
206–274–6400
Email: colin.heideman@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason C. White**
Morgan, Lewis & Bockius LLP (IL–NA)
77 W. Wacker Dr
Suite 500
Chicago, IL 60601
**NA**
(312) 324–1000
Fax: (312) 324–1001
Email: jwhite@morganlewis.com

*ATTORNEY TO BE NOTICED*

**Jeremy A. Anapol**
Morgan Lewis
600 Anton Blvd.
Suite 1800
Costa Mesa, CA 92626
714−830−0600
Fax: 714−830−0700
Email: jeremy.anapol@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph R. Re**
Knobbe Martens Olson & Bear LLP (CA−NA)
2040 Main St
14th Floor
Irvine, CA 92614
**NA**
(949) 760−0404
Fax: (949) 760−9502
Email: joe.re@knobbe.com
*TERMINATED: 09/15/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kendall Marie Loebbaka**
Knobbe Martens Olson & Bear LLP (CA−NA)
2040 Main St
14th Floor
Irvine, CA 92614
**NA**
949−760−0404
Fax: 949−760−9502
Email: kendall.loebbaka@knobbe.com
*TERMINATED: 09/15/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Logan Young**
Morgan Lewis & Bockius LLP (WA)
1301 Second Ave
Suite 3000
Seattle, WA 98101
206−274−6400
Email: logan.young@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raymond Sirui Lu**
Knobbe Martens Olson & Bear LLP (CA−NA)
2040 Main St
14th Floor
Irvine, CA 92614
**NA**

949–760–0404
Fax: 949–760–9502
Email: raymond.lu@knobbe.com
*TERMINATED: 09/15/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

| **Amazon.Com LLC** | represented by | **Andrea Lynn Cheek** |

(See above for address)
*TERMINATED: 09/15/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Rueger Poynter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Grayson Laquer**
(See above for address)
*TERMINATED: 09/15/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexandra M. Gabriel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christie R.W. Matthaei**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Colin Heideman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason C. White**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy A. Anapol**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph R. Re**
(See above for address)
*TERMINATED: 09/15/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kendall Marie Loebbaka**
(See above for address)
*TERMINATED: 09/15/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Logan Young**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raymond Sirui Lu**
(See above for address)
*TERMINATED: 09/15/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amazon Web Services Inc.**                    represented by   **Andrea Lynn Cheek**
(See above for address)
*TERMINATED: 09/15/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Rueger Poynter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Grayson Laquer**
(See above for address)
*TERMINATED: 09/15/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexandra M. Gabriel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christie R.W. Matthaei**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Colin Heideman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason C. White**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy A. Anapol**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph R. Re**
(See above for address)
*TERMINATED: 09/15/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kendall Marie Loebbaka**
(See above for address)
*TERMINATED: 09/15/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Logan Young**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raymond Sirui Lu**
(See above for address)
*TERMINATED: 09/15/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2024 | Ï 1 | Complaint *for Patent Infringement* ( Filing fee $ 405, receipt number AVAEDC–9504132.), filed by SoundClear Technologies LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Civil Cover Sheet)(Iyer, Ramachandran) (Entered: 05/01/2024) |
| 05/01/2024 | Ï 2 | Corporate Disclosure Statement by SoundClear Technologies LLC. (Iyer, Ramachandran) (Entered: 05/01/2024) |
| 05/01/2024 | Ï 3 | NOTICE by SoundClear Technologies LLC *Report on the filing or determination of an action regarding patent or trademark* (Iyer, Ramachandran) (Entered: 05/01/2024) |
| 05/01/2024 | Ï 4 | Proposed Summons re 1 Complaint *to Amazon.com, Inc.* by SoundClear Technologies LLC. (Iyer, Ramachandran) (Entered: 05/01/2024) |
| 05/01/2024 | Ï 5 | Proposed Summons re 1 Complaint *to Amazon.com, LLC* by SoundClear Technologies LLC. (Iyer, Ramachandran) (Entered: 05/01/2024) |
| 05/01/2024 | Ï 6 | Proposed Summons re 1 Complaint *to Amazon Web Services, Inc.* by SoundClear Technologies LLC. (Iyer, Ramachandran) (Entered: 05/01/2024) |
| 05/01/2024 | Ï 7 | NOTICE of Appearance by Ramachandran Iyer on behalf of SoundClear Technologies LLC (Iyer, Ramachandran) (Entered: 05/01/2024) |
| 05/01/2024 | Ï 8 | NOTICE of Appearance by Kevin Sprenger on behalf of SoundClear Technologies LLC (Sprenger, Kevin) (Entered: 05/01/2024) |

| 05/01/2024 | Ï | Initial Case Assignment to District Judge Patricia Tolliver Giles and Magistrate Judge William E. Fitzpatrick. (Sbro, ) (Entered: 05/10/2024) |
|---|---|---|
| 05/02/2024 | Ï | Case transferred in from Alexandria Division. Case Number 1:24cv728. (epri, ) (Entered: 05/15/2024) |
| 05/31/2024 | Ï 9 | Proposed Summons re 1 Complaint *to Amazon.com, Inc.* by SoundClear Technologies LLC. (Iyer, Ramachandran) (Entered: 05/31/2024) |
| 05/31/2024 | Ï 10 | Proposed Summons re 1 Complaint *to Amazon.com LLC* by SoundClear Technologies LLC. (Iyer, Ramachandran) (Entered: 05/31/2024) |
| 05/31/2024 | Ï 11 | Proposed Summons re 1 Complaint *to Amazon Web Services, Inc.* by SoundClear Technologies LLC. (Iyer, Ramachandran) (Entered: 05/31/2024) |
| 05/31/2024 | Ï 12 | Summons Issued as to Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc., NOTICE TO ATTORNEY: Please serve one copy of the summons and a copy of the Complaint upon each Defendant. Please ensure that your process server returns the service copy (executed or unexecuted) to your attention and electronically file it using the filing events, Summons Returned Executed or Summons Returned Unexecuted. (Attachments: # 1 Civil Motions Procedures)(jhie, ) (Entered: 05/31/2024) |
| 06/24/2024 | Ï 13 | NOTICE of Appearance by Andrea Lynn Cheek on behalf of Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc. (Cheek, Andrea) (Entered: 06/24/2024) |
| 06/24/2024 | Ï 14 | Corporate Disclosure Statement by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Cheek, Andrea) (Entered: 06/24/2024) |
| 06/24/2024 | Ï 15 | Consent MOTION for Extension of Time to File Answer re 1 Complaint by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Proposed Order)(Cheek, Andrea) (Entered: 06/24/2024) |
| 06/25/2024 | Ï | MOTIONS REFERRED to Magistrate Judge Leonard. 15 Consent MOTION for Extension of Time to File Answer re 1 Complaint (Vpea) (Entered: 06/25/2024) |
| 06/26/2024 | Ï 16 | ORDER re 15 Motion for Extension of Time to Answer. The Motion is GRANTED and the deadline is extended for the Defendant's to respond to the Complaint to and through August 26, 2024. This is the only extension that will be authorized. Signed by Magistrate Judge Lawrence R. Leonard on 6/26/2024. (Vpea) (Entered: 06/26/2024) |
| 08/20/2024 | Ï 17 | NOTICE of Appearance by William Rueger Poynter on behalf of Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc. (Poynter, William) (Entered: 08/20/2024) |
| 08/20/2024 | Ï 18 | Motion to appear Pro Hac Vice by Colin Barry Heideman and Certification of Local Counsel William Rueger Poynter Filing fee $ 75, receipt number AVAEDC−9695050. by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 08/20/2024) |
| 08/20/2024 | Ï 19 | Motion to appear Pro Hac Vice by Alan Grayson Laquer and Certification of Local Counsel William Rueger Poynter Filing fee $ 75, receipt number AVAEDC−9695056. by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 08/20/2024) |
| 08/20/2024 | Ï 20 | Motion to appear Pro Hac Vice by Jeremy Angus Anapol and Certification of Local Counsel William Rueger Poynter Filing fee $ 75, receipt number AVAEDC−9695058. by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 08/20/2024) |
| 08/20/2024 | Ï 21 | Motion to appear Pro Hac Vice by Joseph Robert Re and Certification of Local Counsel William Rueger Poynter Filing fee $ 75, receipt number AVAEDC−9695064. by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 08/20/2024) |

| 08/20/2024 | 22 | Motion to appear Pro Hac Vice by Logan Phillip Young and Certification of Local Counsel William Rueger Poynter Filing fee $ 75, receipt number AVAEDC−9695067. by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 08/20/2024) |
|---|---|---|
| 08/20/2024 | 23 | Motion to appear Pro Hac Vice by Raymond Sirui Lu and Certification of Local Counsel William Rueger Poynter Filing fee $ 75, receipt number AVAEDC−9695074. by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 08/20/2024) |
| 08/22/2024 | 24 | ORDER granting 18 a Motion to Appear Pro Hac Vice by Colin Barry Heideman, as certified by local counsel William Rueger Poynter for Defendants Amazon Web Services Inc., Amazon.Com LLC, and Amazon.Com, Inc. Signed by District Judge Arenda L. Wright Allen on 08/22/2024. (Allen, Arenda) (Entered: 08/22/2024) |
| 08/22/2024 | 25 | ORDER granting 19 a Motion to Appear Pro Hac Vice by Alan Grayson Laquer, as certified by local counsel William Rueger Poynter for Defendants Amazon Web Services Inc., Amazon.Com LLC, and Amazon.Com, Inc. Signed by District Judge Arenda L. Wright Allen on 08/22/2024. (Allen, Arenda) (Entered: 08/22/2024) |
| 08/22/2024 | 26 | ORDER granting 20 a Motion to Appear Pro Hac Vice by Jeremy Angus Anapol, as certified by local counsel William Rueger Poynter for Defendants Amazon Web Services Inc., Amazon.Com LLC, and Amazon.Com, Inc. Signed by District Judge Arenda L. Wright Allen on 08/22/2024. (Allen, Arenda) (Entered: 08/22/2024) |
| 08/22/2024 | 27 | ORDER granting 21 a Motion to Appear Pro Hac Vice by Joseph Robert Re, as certified by local counsel William Rueger Poynter for Defendants Amazon Web Services Inc., Amazon.Com LLC, and Amazon.Com, Inc. Signed by District Judge Arenda L. Wright Allen on 08/22/2024. (Allen, Arenda) (Entered: 08/22/2024) |
| 08/22/2024 | 28 | ORDER granting 22 a Motion to Appear Pro Hac Vice by Logan Phillip Young, as certified by local counsel William Rueger Poynter for Defendants Amazon Web Services Inc., Amazon.Com LLC, and Amazon.Com, Inc. Signed by District Judge Arenda L. Wright Allen on 08/22/2024. (Allen, Arenda) (Entered: 08/22/2024) |
| 08/22/2024 | 29 | ORDER granting 23 a Motion to Appear Pro Hac Vice by Raymond Sirui Lu, as certified by local counsel William Rueger Poynter for Defendants Amazon Web Services Inc., Amazon.Com LLC, and Amazon.Com, Inc. Signed by District Judge Arenda L. Wright Allen on 08/22/2024. (Allen, Arenda) (Entered: 08/22/2024) |
| 08/26/2024 | 30 | MOTION to Dismiss for Failure to State a Claim *under Rule 12(b)(6)* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 08/26/2024) |
| 08/26/2024 | 31 | Memorandum in Support re 30 MOTION to Dismiss for Failure to State a Claim *under Rule 12(b)(6)* filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 08/26/2024) |
| 09/09/2024 | 32 | RESPONSE in Opposition re 30 MOTION to Dismiss for Failure to State a Claim *under Rule 12(b)(6)* filed by SoundClear Technologies LLC. (Attachments: # 1 Exhibit A)(Iyer, Ramachandran) (Entered: 09/09/2024) |
| 09/10/2024 | 33 | NOTICE by SoundClear Technologies LLC *of Supplemental Authority* (Attachments: # 1 Exhibit Exhibit A)(Sprenger, Kevin) (Entered: 09/10/2024) |
| 09/16/2024 | 34 | Reply to Motion re 30 MOTION to Dismiss for Failure to State a Claim *under Rule 12(b)(6)* filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 09/16/2024) |
| 09/24/2024 | 35 | |

| | | |
|---|---|---|
| | | Request for Hearing by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc. re 30 MOTION to Dismiss for Failure to State a Claim *under Rule 12(b)(6)* (Poynter, William) (Entered: 09/24/2024) |
| 10/02/2024 | 36 | Motion to appear Pro Hac Vice by Steve Reynolds and Certification of Local Counsel Kevin Sprenger Filing fee $ 75, receipt number AVAEDC–9773490. by SoundClear Technologies LLC. (Sprenger, Kevin) (Entered: 10/02/2024) |
| 10/07/2024 | 37 | ORDER granting 36 a Motion to Appear Pro Hac Vice by Steve Reynolds, as certified by local counsel Kevin Sprenger for Plaintiff SoundClear Technologies LLC. Signed by District Judge Arenda L. Wright Allen on 10/07/2024. (Allen, Arenda) (Entered: 10/07/2024) |
| 11/07/2024 | 38 | Motion to appear Pro Hac Vice by James Hatton and Certification of Local Counsel Kevin Sprenger Filing fee $ 75, receipt number AVAEDC–9837630. by SoundClear Technologies LLC. (Sprenger, Kevin) (Entered: 11/07/2024) |
| 11/07/2024 | 39 | Motion to appear Pro Hac Vice by Matthew Harkins and Certification of Local Counsel Kevin Sprenger Filing fee $ 75, receipt number AVAEDC–9837645. by SoundClear Technologies LLC. (Sprenger, Kevin) (Entered: 11/07/2024) |
| 11/08/2024 | 40 | ORDER granting 38 a Motion to Appear Pro Hac Vice by James Hatton, as certified by local counsel Kevin Sprenger for Plaintiff SoundClear Technologies LLC. Signed by District Judge Arenda L. Wright Allen on 11/08/2024. (Allen, Arenda) (Entered: 11/08/2024) |
| 11/08/2024 | 41 | ORDER granting 39 a Motion to Appear Pro Hac Vice by Matthew Harkins, as certified by local counsel Kevin Sprenger for Plaintiff SoundClear Technologies LLC. Signed by District Judge Arenda L. Wright Allen on 11/08/2024. (Allen, Arenda) (Entered: 11/08/2024) |
| 12/16/2024 | 42 | Motion to appear Pro Hac Vice by Ronald Daignault and Certification of Local Counsel Kevin Sprenger Filing fee $ 75, receipt number AVAEDC–9903735. by SoundClear Technologies LLC. (Sprenger, Kevin) (Entered: 12/16/2024) |
| 01/08/2025 | 43 | ORDER granting 42 a Motion to Appear Pro Hac Vice by Ronald Daignault, as certified by local counsel Kevin Sprenger for Plaintiff SoundClear Technologies LLC. Signed by District Judge Arenda L. Wright Allen on 01/08/2025. (Allen, Arenda) (Entered: 01/08/2025) |
| 01/16/2025 | 44 | Motion to appear Pro Hac Vice by Shailendra Maheshwari and Certification of Local Counsel Kevin Sprenger Filing fee $ 75, receipt number AVAEDC–9951660. by SoundClear Technologies LLC. (Sprenger, Kevin) (Entered: 01/16/2025) |
| 01/17/2025 | 45 | ORDER granting 44 a Motion to Appear Pro Hac Vice by Shailendra Maheshwari, as certified by local counsel Kevin Sprenger for Plaintiff SoundClear Technologies LLC. Signed by District Judge Arenda L. Wright Allen on 01/17/2025. (Allen, Arenda) (Entered: 01/17/2025) |
| 03/10/2025 | 46 | Motion to appear Pro Hac Vice by Kendall Marie Loebbaka and Certification of Local Counsel William Rueger Poynter Filing fee $ 75, receipt number AVAEDC–10052937. by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 03/10/2025) |
| 03/18/2025 | 47 | ORDER granting 46 a Motion to Appear Pro Hac Vice by Kendall Marie Loebbaka, as certified by local counsel William Rueger Poynter for Defendants Amazon Web Services Inc., Amazon.Com LLC, and Amazon.Com, Inc. Signed by District Judge Arenda L. Wright Allen on 03/18/2025. (Allen, Arenda) (Entered: 03/18/2025) |
| 03/31/2025 | 48 | ORDER re 30 Defendant's Motion to Dismiss. IT IS SO ORDERED, the Motion is GRANTED in part and DENIED in part. SoundClear's prayer for relief in the form of enhanced damages for willful infringement is DISMISSED with prejudice. Count III of the Complaint is DISMISSED without prejudice. In all other respects, the Motion is DENIED. Denial as to the Count II invalidity claim is without prejudice. If Defendant elects to amend the Complaint as to Count III, it SHALL |

| | | |
|---|---|---|
| | | do so within thirty (30) days of the date of this Order. Signed by District Judge Arenda L. Wright Allen on 3/31/2025. Copies distributed as directed 3/31/2025. (Vpea) (Entered: 03/31/2025) |
| 04/07/2025 | 49 | MOTION to Stay *Pending Inter Partes Review* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 04/07/2025) |
| 04/07/2025 | 50 | Memorandum in Support re 49 MOTION to Stay *Pending Inter Partes Review* filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Poynter, William) (Entered: 04/07/2025) |
| 04/14/2025 | 51 | ANSWER to Complaint *and Affirmative Defenses* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc..(Poynter, William) (Entered: 04/14/2025) |
| 04/21/2025 | 52 | NOTICE by SoundClear Technologies LLC re 50 Memorandum in Support, *Non−Opposition to Motion to Stay Pending Inter Partes Review* (Iyer, Ramachandran) (Entered: 04/21/2025) |
| 04/21/2025 | 53 | MOTION for Extension of Time to Amend 49 MOTION to Stay *Pending Inter Partes Review*, 52 NOTICE by SoundClear Technologies LLC. (Attachments: # 1 Proposed Order Proposed Order)(Iyer, Ramachandran) (Entered: 04/21/2025) |
| 04/29/2025 | 54 | ORDER GRANTING 53 Unopposed Motion for Extension of Time to Amend. The deadline of April 30, 2025 to file the first amended complaint is hereby STRICKEN. When the Court rules on the Motion to Stay (ECF No. 49), it will set a new deadline by which Plaintiff must file its amended complaint. Signed by District Judge Arenda L. Wright Allen on 4/29/2025. (Vpea) (Entered: 04/29/2025) |
| 05/30/2025 | 55 | NOTICE by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc. *of Change of Address* (Poynter, William) (Entered: 05/30/2025) |
| 07/01/2025 | 56 | ORDER Granting 49 Motion to Stay. This matter is hereby STAYED pending resolution of Google's IPR petitions before the PTAB. The parties shall notify this Court within fourteen (14) days of the date on which such proceedings conclude. Signed by District Judge Arenda L. Wright Allen on 7/1/2025. Copies distributed as delivered 7/1/2025. (Vpea) (Entered: 07/01/2025) |
| 08/21/2025 | 57 | NOTICE by SoundClear Technologies LLC re 56 Order on Motion to Stay, *(Joint Notice Regarding Inter Partes Review Proceedings)* (Iyer, Ramachandran) (Entered: 08/21/2025) |
| 09/10/2025 | 58 | NOTICE by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc. *of Change of Firm and Address* (Poynter, William) (Entered: 09/10/2025) |
| 09/10/2025 | 59 | Consent MOTION to Withdraw as Attorney *for Defendants by Andrea Cheek, Alan Laquer, Joseph Re, Kendall Loebbaka, and Raymond Lu* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 09/10/2025) |
| 09/15/2025 | 60 | ORDER re 59 Motion to Withdraw as Attorney. The Motion (ECF No. 59) is GRANTED, and accordingly, it is ORDERED that Andrea Cheek, Alan Laquer, Joseph Re, Kendall Loebbaka, and Raymond Lu are relieved of any further responsibility for the representation of the Defendants in this case. Colin Heideman, Logan Young, and Jeremy Anapol of the law firm Morgan Lewis & Bockius LLP, and William Poynter of the law firm Kaleo Legal, shall continue to represent the Defendants in this matter. Signed by District Judge Arenda L. Wright Allen on 9/15/1025. Copies distributed as directed 9/15/2025. (Vpea) (Entered: 09/15/2025) |
| 11/19/2025 | 61 | ORDER. The previously imposed stay in this matter is hereby LIFTED. The parties are ORDERED to contact the Courtroom Deputy within seven (7) days of this Order to schedule a Rule 16(b) Conference. Copies distributed as directed 11/19/2025. Signed by District Judge Arenda L. Wright Allen on 11/19/2025. (Vpea) (Entered: 11/19/2025) |
| 12/18/2025 | 62 | |

| | | |
|---|---|---|
| | | MOTION to Substitute Party *(Unopposed)* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 12/18/2025) |
| 12/18/2025 | 63 | MOTION for Judgment on the Pleadings by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 12/18/2025) |
| 12/18/2025 | 64 | Memorandum in Support re 63 MOTION for Judgment on the Pleadings filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 12/18/2025) |
| 12/19/2025 | 65 | Consent MOTION for Extension of Time to File Response/Reply as to 63 MOTION for Judgment on the Pleadings by SoundClear Technologies LLC. (Attachments: # 1 Proposed Order)(Sprenger, Kevin) (Entered: 12/19/2025) |
| 12/19/2025 | 66 | MOTION to Transfer Case *Pursuant to 28 USC Section 1404* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 12/19/2025) |
| 12/19/2025 | 67 | Memorandum in Support re 66 MOTION to Transfer Case *Pursuant to 28 USC Section 1404* filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40)(Poynter, William) (Entered: 12/19/2025) |
| 12/19/2025 | 68 | Declaration re 67 Memorandum in Support,,, *of Aaron Challenner* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 12/19/2025) |
| 12/19/2025 | 69 | Declaration re 67 Memorandum in Support,,, *of Philip Hilmes* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 12/19/2025) |
| 12/23/2025 | | MOTIONS REFERRED to Magistrate Judge 65 . Consent MOTION for Extension of Time to File Response/Reply as to 63 MOTION for Judgment on the Pleadings (Vpea) (Entered: 12/23/2025) |
| 12/29/2025 | 70 | CONSENT ORDER TO EXTEND TIME re 65 Motion for Extension of Time to File. The Court hereby GRANTS the Motion and extends the deadline for Plaintiff to respond to the 63 Motion for Judgment on the pleadings and 66 Motion to Transfer to and through January 12, 2026. Signed by Magistrate Judge Lawrence R. Leonard on 12/29/2025. (Vpea) (Entered: 12/29/2025) |
| 01/12/2026 | 71 | Memorandum in Opposition re 66 MOTION to Transfer Case *Pursuant to 28 USC Section 1404* filed by SoundClear Technologies LLC. (Attachments: # 1 Affidavit of Kevin Sprenger, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39)(Iyer, Ramachandran) (Entered: 01/12/2026) |
| 01/12/2026 | 72 | Memorandum in Opposition re 63 MOTION for Judgment on the Pleadings filed by SoundClear Technologies LLC. (Attachments: # 1 Affidavit of Shalu Maheshwari, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Iyer, Ramachandran) (Entered: 01/12/2026) |
| 01/20/2026 | 73 | Reply to Motion re 66 MOTION to Transfer Case *Pursuant to 28 USC Section 1404* filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: |

| | | |
|---|---|---|
| | | 01/20/2026) |
| 01/20/2026 | Ï 74 | Reply to Motion re 63 MOTION for Judgment on the Pleadings filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 01/20/2026) |
| 01/21/2026 | Ï 75 | Motion to appear Pro Hac Vice by Christie Matthaei and Certification of Local Counsel William Rueger Poynter Filing fee $ 75, receipt number AVAEDC–10726033. by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 01/21/2026) |
| 01/21/2026 | Ï 76 | Motion to appear Pro Hac Vice by Jason Christopher White and Certification of Local Counsel William Rueger Poynter Filing fee $ 75, receipt number AVAEDC–10726046. by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 01/21/2026) |
| 01/22/2026 | Ï 77 | ORDER granting 75 a Motion to Appear Pro Hac Vice by Christie Matthaei, as certified by local counsel William Rueger Poynter for Defendants Amazon Web Services, Inc., Amazon.Com LLC, and Amazon.Com, Inc. Signed by District Judge Arenda L. Wright Allen on 01/22/2026. (Allen, Arenda) (Entered: 01/22/2026) |
| 01/22/2026 | Ï 78 | ORDER granting 76 a Motion to Appear Pro Hac Vice by Jason Christopher White, as certified by local counsel William Rueger Poynter for Defendants Amazon Web Services Inc., Amazon.Com LLC, and Amazon.Com, Inc. Signed by District Judge Arenda L. Wright Allen on 01/22/2026. (Allen, Arenda) (Entered: 01/22/2026) |
| 01/22/2026 | Ï 79 | AMENDED COMPLAINT against Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc., filed by SoundClear Technologies LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Iyer, Ramachandran) (Entered: 01/22/2026) |
| 02/03/2026 | Ï 80 | MOTION for Extension *of Time (Unopposed)* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 02/03/2026) |
| 02/04/2026 | Ï | MOTIONS REFERRED to Magistrate Judge: Magistrate Judge Leonard. 80 MOTION for Extension *of Time (Unopposed)* (Vpea) (Entered: 02/04/2026) |
| 02/05/2026 | Ï 81 | ORDER granting 80 Motion for Extension of Time to File. The Court hereby GRANTS the Motion and extends the deadline for Defendants to respond to the Amended Complaint to and through February 19, 2026. Signed by Magistrate Judge Lawrence R. Leonard on 2/5/2026. (Vpea) (Entered: 02/05/2026) |
| 02/19/2026 | Ï 82 | MOTION to Dismiss for Failure to State a Claim *(Amended Complaint)* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 02/19/2026) |
| 02/19/2026 | Ï 83 | Memorandum in Support re 82 MOTION to Dismiss for Failure to State a Claim *(Amended Complaint)* filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 02/19/2026) |
| 03/03/2026 | Ï 84 | NOTICE by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc. *of Filing of Supplemental Authority* (Attachments: # 1 Exhibit 1)(Poynter, William) (Entered: 03/03/2026) |
| 03/03/2026 | Ï 85 | NOTICE of Appearance by Alexandra M. Gabriel on behalf of Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc. (Gabriel, Alexandra) (Entered: 03/03/2026) |
| 03/05/2026 | Ï 86 | RESPONSE in Opposition re 82 MOTION to Dismiss for Failure to State a Claim *(Amended Complaint)* filed by SoundClear Technologies LLC. (Attachments: # 1 Affidavit of Steven Reynolds, # 2 Exhibit 1)(Iyer, Ramachandran) (Entered: 03/05/2026) |
| 03/11/2026 | Ï 87 | Reply to Motion re 82 MOTION to Dismiss for Failure to State a Claim *(Amended Complaint)* filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Gabriel, Alexandra) |

| | | (Entered: 03/11/2026) |
|---|---|---|
| 06/09/2026 | Ï 88 | ORDER. The Motion to transfer case 66 is GRANTED. The Motion to Substitute Party 62 is GRANTED, the Motion for Judgment on the Pleadings 63 is DENIED as moot, and the Motion to Dismiss the Amended Complaint 82 is DENIED without prejudice. The Clerk is DIRECTED to terminate the motion pending at 82 , and to transfer this case to the Northern District of California. Signed by District Judge Arenda L Wright Allen on 6/9/2026. (Vpea) (Entered: 06/09/2026) |
| 06/09/2026 | Ï | Case transferred to District of Northern District of California. Original file, certified copy of transfer order, and docket sheet sent. (Vpea) (Entered: 06/09/2026) |